# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LARRY BERNARD

NO. 2025 KW 0573

**SEPTEMBER 8, 2025**

---

In Re: Larry Bernard, applying for supervisory writs, 20th Judicial District Court, Parish of East Feliciana, No. 05-CR-335.

---

BEFORE: **LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.** Relator does not identify an illegal term in his sentence. Therefore, his claims may not be raised in a motion to vacate and set aside an illegal sentence and the pleading was properly construed as an application for postconviction relief. **State v. Henry**, 2024-01534 (La. 4/23/25), 406 So.3d 1149 (*per curiam*). As such, it is subject to the time limitation for seeking postconviction relief, and relator failed to carry his burden to show that an exception applies. La. Code Crim. P. art. 930.8; **State ex rel. Glover v. State**, 93-2330 (La. 9/5/95), 660 So.2d 1189.

> **WIL**
> **EW**
> **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT